## Dr. William H. Benson, Appellee, v. Earl M. Williams, Appellant.

**Gen. No. 43,218.**

opinion filed January 26, 1945; released for publication February 6, 1945. Howard D. Geter, for appellant; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Isaac E. Ferguson and Ben Liss, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.